# UNITED STATES BANKRUPTCY COURT
## Western District of Texas
903 SAN JACINTO, SUITE 322
AUSTIN, TX 78701

Barry D. Knight
CLERK OF COURT

(512) 916-5237

DATE: March 11, 2025

R Byrn Bass
1500 Broadway #505
Lubbock TX 79401

**FILED**

**MAR 26 2025**

U.S. BANKRUPTCY COURT
BY _____ DEPUTY

**RE: Exhibits**

Bankruptcy Case No.: **24-10768-smr**
Case Style: Los Trece Texas, LLC

Dear Mr Bass:

A final order was entered on 9/26/24 regarding the following contested matters:

**Doc. #50 Motion to remove or transfer case**

Exhibits that were submitted to the Court for consideration are no longer necessary as a dispositive order has been entered.

Please notify the Bankruptcy Court Clerk's Office in order to retrieve the exhibits, submitted by you, no later than 3/21/25 If we do not hear from you by this date, your exhibits will be destroyed by the Bankruptcy Clerk's Office without further notice.

*No response exhibits destroyed* [handwritten]

Barry D. Knight
Clerk, U. S. Bankruptcy Court

BY: Laurie Boyd

---

511 E. San Antonio Avenue, Suite 444
El Paso, Texas 79901
(915) 779-7362

615 E. Houston Street, Suite 597
San Antonio, Texas 78205
(210) 472-6720

800 Franklin Avenue, Suite 140
Waco, Texas 76701
(254) 750-1513

[Exhibits Letter] [Ltrex]