# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF TEXAS
## AUSTIN DIVISION

| | |
|---|---|
| In re: | Case No. 24-10768-SMR |
|     LOS TRECE TEXAS, LLC | |
|     Debtor | |

## Chapter 11 Subchapter V Trustee's Report of No Distribution

I, *Michael G. Colvard*, having been appointed trustee of the estate of the above-named debtor, report I collected funds totaling: $0.00. The case was dismissed with no plan confirmed and no plan payments made to the trustee. Pursuant to 11 U.S.C. § 330(a), on April 9, 2025, the Court ordered compensation of $10,762.87 be awarded to the trustee. These funds have not yet been fully paid by the debtor to the trustee. I hereby certify that the estate of the above-named debtor has been fully administered through the date of dismissal. I request that I be discharged from any further duties as trustee.

DATED: April 11, 2025

Respectfully Submitted,

**MARTIN & DROUGHT, P.C.**
Weston Centre
112 East Pecan Street, Suite 1616
San Antonio, Texas 78205
Telephone: (210) 227-7591
Facsimile: (210) 227-7924
E-Mail: mcolvard@mdtlaw.com

By: /s/Michael G. Colvard
    Michael G. Colvard
    State Bar No. 04629200

**SUBCHAPTER V TRUSTEE**

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-11(v)-NDR C**