**IT IS HEREBY ADJUDGED and DECREED that the below described is SO ORDERED.**

**Dated: April 14, 2025.**



_____
**SHAD M. ROBINSON**
**UNITED STATES BANKRUPTCY JUDGE**

_____

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

| | | |
|---|---|---|
| In Re: | § | |
| | § | |
| **LOS TRECE TEXAS, LLC,** | § | Case No. 24-10768-smr |
| | § | |
| Debtor. | § | Chapter 11 |

### ORDER GRANTING RELIEF FROM AUTOMATIC STAY

ON THIS DAY, the Court considered the Creditors St. Amas' (the "St. Amas") *Motion for Relief from the Automatic Stay* [Dkt. No. 132] (the "Motion"), and the Court, being of the opinion that the Motion is well taken and states cause 11 U.SC. § 362(d)(1), will hereby grant the same. It is, therefore,

ORDERED, that given the Court's prior oral ruling that this bankruptcy case would be dismissed, the Court has elected to grant the relief requested on an *ex parte* basis. Based on the current status of this bankruptcy case and the fact that the Court's issuance of its opinion and order of dismissal is imminent, the Court has determined that no party in interest is prejudiced by granting the relief requested on an *ex parte* basis and further that no party is prejudiced by permitting all parties the right to pursue their state court rights, remedies, claims, and defenses.

IT IS FURTHER ORDERED that the automatic stay is hereby terminated for cause under 11 U.SC. § 362(d)(1).

IT IS FURTHER ORDERED that all parties are permitted to enforce any and all of their state law and/or contractual rights and remedies.

IT IS FURTHER ORDERED that any applicable stay under the Bankruptcy Code or the Federal Rules of Bankruptcy Procedure is hereby waived, and this Order shall be effective immediately.

# # #