**IT IS HEREBY ADJUDGED and DECREED that the below described is MOOT.**



**Dated: April 14, 2025**

_____
**SHAD M. ROBINSON**
**UNITED STATES BANKRUPTCY JUDGE**

_____

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

| | |
|---|---|
| In Re: § | |
| § | Case No. 24-10768-smr |
| **LOS TRECE TEXAS, LLC,** § | |
| § | |
| Debtor. § | Chapter 11 |
| § | |

**ORDER GRANTING MOTION TO EXPEDITE**

CAME ON TO BE CONSIDERED the *Motion to Expedite* (the "Motion to Expedite") [Dkt. No. 133] filed by Darrin and Jayme St. Ama (the "St. Amas") requesting expedited consideration of their *Motion for Relief from Automatic Stay* [Dkt. No. 132] (the "Underlying Motion"). The Court finds that the Motion to Expedite has merit and it is therefore **GRANTED**.

**IT IS, THEREFORE, ORDERED** that hearing on the Underlying Motion shall take place on an expedited basis at the time and place named above.

# # #

*Order Prepared by Counsel for St. Amas*
Brian T. Cumings

SBN 24082882
Graves Dougherty Hearon & Moody, P.C.
401 Congress Ave., Suite 2700
Austin, Texas 78701
512.480.5626
512.536.9926 (Fax)
Email: bcumings@gdhm.com

